UNITED STATES BANKRUPTCY COURT
For the NORTHERN DISTRICT
of ILLINOIS

---

In re:  
Ronald R. Miller

1308 S. Sterling  
Streator, IL  61364

Chapter: 13  
Case Number: 06-15257  
Court Claim Number: 15  
Date Claim Filed: 02/19/2007  
Amended Court Claim Number:  
Amended Date Claim Filed:

JOINT NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (2),
AND WAIVER OF OPPORTUNITY TO OBJECT

eCAST Settlement Corporation (the "Purchaser/Trasferee/Assignee") hereby provides notice of the unconditional sale and transfer of all right, title, and interest in and to the Claims (as such is defined in the Purchase and Sale Agreement dated 4/23/03 by and between the Seller/Transferor/Assignor and Purchaser/Transferee/Assignee) including the Claim referenced above (the "Bankruptcy Claim").

Pursuant to Bankruptcy Rule 3001(e) (2) and the foregoing assignment, the Purchaser/Transferee/Assignee hereby requests that it be substituted for the Seller/Transferor/Assignor as the record holder of the Bankruptcy Claim for all purposes in these proceedings. As is set forth in the attached assignment, the Seller/Transferor/Assignor concurs with the request, and is aware of the transfer, and declines its opportunity to object under FRBP 3001(e) (2). Accordingly, the Purchaser/Transferee/Assignee requests that the transfer of the Bankruptcy Claim be made immediately upon docketing of the Joint Notice of Transfer of Claim.

Account Number: ************4048

Claim Amount: $2434.81

Dated: 03/02/2007

SELLER/TRANSFEROR/ASSIGNOR:  
Household Bank (SB) N.A.  
Churchman's Corporate Center  
90 Christiana Road  
New Castle, Delaware  19720  
Telephone: (302) 327-2885

PURCHASER/TRANSFEREE/ASSIGNEE:  
eCAST Settlement Corporation  
P.O. Box 7247-6971  
Philadelphia, PA 19170-6971

Telephone Number:  **SVCR: (520) 577-1544**  
I declare under penalty of perjury that the information  
provided on this notice is true and correct to the best  
of my knowledge and belief.

By: (See attached assignment)

By: /s/Nichlas P. Spallas, Esq. (AZ 016765)  
Attorney for Creditor  
Bass & Associates, P.C.,  
3936 E Ft Lowell Rd, Suite 200  
Tucson, AZ 85712  
(520) 577-1544  
ecf@bass-associates.com

Chicago  
Glenn B. Stearns

<u>Exhibit 3</u>

## ASSIGNMENT OF ACCOUNTS

Household Bank (SB),N.A., Household Card Services, Inc., Household Retail Services, Inc. and Household Receivables Acquisition Company ("Seller"), for value received, without recourse, to the extent permitted by applicable law, transfers, sells, assigns, conveys, grants and delivers to ECAST ("Buyer"), all right, title and interest in and to (a) Seller's consumer credit card account, open end accounts, and closed end accounts, which are described on a schedule furnished by Seller to Buyer in connection herewith; and (b) all proceeds of such accounts (each, an "Account") after the close of business on February 20, 2007.

Pursuant to the foregoing assignment, Seller stipulates that Buyer may be substituted for Seller as the valid owner of each of the Accounts, and hereby waives any notice or hearing requirements imposed by Bankruptcy Rule 3001 (e) (2), or otherwise.

Dated: February 20, 2007

HSBC PRIVATE LABEL ACQUISITION
CORPORATION (USA) ("HPLAC")

By: _____
Thomas Harmon


HOUSEHOLD BANK (SB), N.A.

By: _____
Thomas Harmon


BRIGHT PROSPECTS, LTD.

By: _____
Thomas Harmon